ACCEPTED
12-14-00262
TWELFTH COURT OF APPEALS
TYLER, TEXAS
5/21/2015 10:47:17 AM
CATHY LUSK
CLERK

## NO. 12-14-00262-CV

| | | |
|---|---|---|
| **CHARLES ALFORD AND** | § | **IN THE TWELFTH** |
| **MARY LOU ALFORD** | § | |
| **Plaintiffs,** | § | |
| | § | |
| **V.** | § | **COURT OF APPEALS** |
| | § | |
| **ROBERT THOMAS** | § | |
| **MCKEITHEN, EOG** | § | |
| **RESOURCES, INC., AND** | § | |
| **CENTRAL TEXAS LAND** | § | |
| **SERVICES** | § | |
| **Defendants.** | § | **TYLER, TEXAS** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
5/21/2015 10:47:17 AM
CATHY S. LUSK
Clerk

### MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Robert Thomas McKeithen, Appellee in the above styled and numbered cause, and moves this Court to grant an extension of time to file Appellee's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.      This case is an appeal from the 1ST Judicial District Court of San Augustine County, Texas, of a real property case.

2.      The case below was styled the *Charles Alford and Mary Lou Alford v. Robert Thomas McKeithen, EOG Resources, Inc. and Central Texas Land Services*, and numbered CV-12-9344.

3.      The after a jury trial in which the jury found in favor of the Appellees, the trial court signed a take nothing judgment.

- 1 -

4.      Appellant's brief was filed on April 24, 2015.

5.      Appellee requests a 30-day extension of the time to file his Appellee's Brief which is presently due on May 26, 2015. *See* TEX. R. APP. P. 4.1, 38.6.(b). The new due date would be June 25, 2015.

6.      No prior extensions for Appellee's brief have been requested. However, an extension of time has been granted to EOG Resources, Inc. and Central Texas Land Services.

10.      Appellee relies on the following facts as good cause for the requested extension:

In addition to the usual heavy court schedule for Appellee's counsel, Appellee's counsel has completed several appellate filings and contested trial court hearings since Appellants filed their brief which have required the expenditure of an inordinate amount of counsel's time. On May 1, 2015, Appellee's counsel completed and filed a motion for rehearing with the Supreme Court of Texas in docket number 15-0180, *In the Interest of S.R., a Child*. On May 4, 2015, Appellee's counsel completed and filed a brief in this Court in case number 12-15-00062-CV, *In the Interest of T.J.H., W.D.H., and L.H.L., Children*. On May 6, 2015, counsel was scheduled for a hearing on a motion to suppress and a *Franks* motion in Cause No. F1420820, *State of Texas v. Brian Donald Molanders*, pending in the 420TH Judicial District

Court of Nacogdoches County. On May 18, 2015, Appellee's counsel began a termination bench trial in Cause No. C1430096, *In the Interest of B.D. and R.D., Children*, in the 420TH Judicial Court of Nacogdoches County which could not finish that day because of time constraints. Finally, on May 20, 2015, Appellee's counsel completed and filed a brief in this Court in case numbers 12-15-00031-CR and 12-15-00032-CR , *Mitzi Gail Allgor v. The State of Texas*.

**WHEREFORE, PREMISES CONSIDERED**, Appellee prays that this Court grant this Motion To Extend Time to File Appellee's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

LAW OFFICES OF NOEL D. COOPER
117 North Street, Suite 2
Nacogdoches, Texas 75961
Telephone: (936) 564-9000
Telecopier: (936) 715-6022

By:/s/Noel D. Cooper
Noel D. Cooper
State Bar No. 00796397
Attorney for Robert Thomas McKeithen

## CERTIFICATE OF CONFERENCE

This is to certify that I have conferred with counsel for Appellants and counsel for co-Appellees, and neither opposes this motion.

/s/Noel D. Cooper
Noel D. Cooper

## CERTIFICATE OF COMPLIANCE

Pursuant to Tex. R. App. P. 9.4(i)(3), I certify that this document is computer generated and contains 453 words based on a computer word count.

/s/Noel D. Cooper
Noel D. Cooper

## CERTIFICATE OF SERVICE

I certify that I delivered a copy of this Motion to Extend Time to File Appellee's Brief to each attorney of record or party in accordance with the Texas Rules of Appellate Procedure on May 21, 2015, at the addresses and manners below.

Tom Rorie
Attorney for Charles Alford and Mary Lou Alford
Attorney at Law
210 North Street
Nacogdoches, Texas  75961
TEL:  (936) 559-1188
FAX:  (936) 559-0099
**By Electronic Filing Manager**

Jason R. Mills
Attorney for EOG Resources, Inc. and Central Texas Land Services
Freeman Mills PC
110 N. College, Suite 1400
Tyler, Texas  75702
TEL:  (903) 592-7755
FAX:  (903) 592-7787
**By Electronic Filing Manager**

/s/Noel D. Cooper
Noel D. Cooper